```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

MOHAMMAD SHARIFI, # Z-709,     \*
                                             \*
    Plaintiff,                         \*
                                             \*
vs.                                           \* CIVIL ACTION NO. 23-00148-KD-B
                                             \*
ROBERT BROUSSARD,            \*
                                             \*
    Defendant.                      \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 28, 2023 (Doc. 3) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the Northeastern Division of the United States District Court for the Northern District of Alabama.

**DONE** and **ORDERED** this 23rd day of May 2023.

                                                      s/Kristi K. DuBose
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**

```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| **MOHAMMAD SHARIFI, # Z-709,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 23-00148-KD-B |
| | * |
| **ROBERT BROUSSARD,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 28, 2023 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the Northeastern Division of the United States District Court for the Northern District of Alabama.

**DONE** this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**