UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MOHAMMAD SHARIFI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-00661-LSC-NAD |
| ROBERT BOUSSARD, District Attorney of Madison County, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge has entered a report, recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A as frivolous and malicious. (Doc. 21). The magistrate judge advised Sharifi of his right to file specific written objections within 14 days. (*Id.*, at 8-9). On November 7, 2024, Sharifi filed a document (doc. 22) which appears to be intended as objections to the report and recommendation.

Sharifi's "objections" fail to identify specific findings of fact or conclusions of law to which he objects. Instead, Sharifi filed a profanity filled and vulgar attack on the magistrate judge in this case, on the district judge in his death penalty case, and on the Warden of Holman Correctional Facility, where he is incarcerated.[1]

---

[1] Due to the obscene and repulsive content of Sharifi's objections, as well as the fact that Sharifi states the names of alleged minors who were allegedly abused, the Clerk is **ORDERED** to place those objections (doc. 22) **UNDER SEAL**.

In filing objections to a magistrate's report and recommendation, a party must specifically identify those findings to which he objects. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983). Objections must be "specific" and "clear enough to permit the district court to effectively review the magistrate judge's ruling." *U.S. v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009) (holding a one sentence statement as an objection was not enough to preserve an issue for appeal).

Here, Sharifi elected to file profane and vulgar attacks on various judges and the Warden of Holman rather than identifying factual findings or legal conclusions he believed to be incorrect. Accordingly, the court **OVERRULES** those objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITHOUT PREJUDICE** as frivolous and malicious.

The court will enter a separate final judgment.

**DONE** and **ORDERED** on November 18, 2024.

_____
L. Scott Coogler
United States District Judge

160704